JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MURRILLO<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN FOSS,<br><br>        Respondent. | Case No. EDCV 19-1355-JGB(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus and Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: August 12, 2019

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE